JOSEPH SIGUENZA, ESQ. (SBN92327)
LAW OFFICES OF ASHWANI BHAKHRI
1299 Bayshore Hwy., Ste. 208
Burlingame, CA 94010
(650) 685-6334

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manpreet Singh,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Emilia Bardini, Director Of San Francisco Asylum Office, et al.<br><br>　　　　　Defendants.<br>_____/ | NO. 20-CV-01008 TLN EFB<br>Agency No.: A215 553 945<br><br>ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE<br>_____ |

　　　This is an immigration case in which plaintiff seeks a writ of mandamus to compel the issuance and filing of a Notice To Appear ("NTA") with the Sacramento Immigration Court.  The NTA has been so filed.  No answer or responsive pleading has yet been filed by defendants.

　　　Plaintiff moves to dismiss this action without prejudice.

1

Dated: July 15, 2020

                    LAW OFFICES OF ASHWANI BHAKHRI

          BY   s/JOSEPH SIGUENZA
               JOSEPH SIGUENZA
               Attorneys for Plaintiff

## **ORDER**

Upon the motion of plaintiff, the matter is dismissed without prejudice.

Dated: July 16, 2020

                                        Troy L. Nunley
                                        United States District Judge